UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GOR AYVAZYAN,

                           Petitioner,

              v.

FERETI SEMAIA et al,

                           Respondent.

Case No. 5:26-cv-02419-MAR

JUDGMENT

Pursuant to the Order Granting the Petition and Ordering Immediate Release, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.   Respondents are **ORDERED** immediately release Petitioner **Gor Ayvazyan (A# unknown)** from custody on his prior conditions of release and immediately return any confiscated property or documents.  Absent a final order of removal, Respondents may not re-detain Petitioner without providing at least seven (7) days' notice and a pre-deprivation bond hearing.  The pre-deprivation bond hearing shall occur before an Immigration Judge at which the Government bears the burden of proof to show by clear and convincing evidence that Petitioner is a flight risk or a danger to the community and that no condition or combination of conditions could reasonably assure Petitioner's future appearance and/or the safety of the community.  The Immigration Judge must conduct an individualized assessment of Petitioner's

suitability for bond in light of the forgoing standard.  Respondents shall file a notice of compliance no later than **three days from entry of Judgment**.

Dated: June 25, 2026

HONORABLE MARGO A. ROCCONI
United States Magistrate Judge

2